IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT L. COPELAND,                                                               PLAINTIFF

v.                                    Case No. 3:06-cv-3017

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                    DEFENDANT

## JUDGMENT

Comes now the Court on this the **9th day of May, 2007**, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED**.

                                                              /s/Barry A. Bryant
                                                              Honorable Barry A. Bryant
                                                              United States Magistrate Judge